**No. 63135.**—The Spiegel Bros. Corp. *v.* United States, protest 58/11472 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that one case of pliers, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the one case of pliers, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 63136.**—H. A. Wood *v.* United States, protests 215344–K and 220474–K (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63137.**—Air Clearance Association, Inc. *v.* United States, protest 58/17716 (New York).

Opinion by DONLON, J. The protest was dismissed.